UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASPER SMITH, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-751-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 3, 2016, and for the reasons set forth more specifically therein, that defendant's motion is granted. The court upholds the defendant's decision and this matter is dismissed.

**This Judgment Filed and Entered on March 3, 2016, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)

March 3, 2016                             JULIE RICHARDS JOHNSTON, CLERK
                                            /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk